

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-18-00601-CV

One Thousand Four Hundred Thirty-Seven Dollars ($1,437.00) in United States Currency and a
2016 Toyota Corolla VIN 2T1BURHE0GC627119,
Appellant

v.

The State of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-223
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The State's brief was originally due on March 4, 2019. After this court advised the State that its brief was overdue, the State moved for an extension of time to file its brief until April 22, 2019.

The State's motion is GRANTED. The State's brief is due on April 22, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.

_____
Keith E. Hottle
Clerk of Court